IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Larry Bolin, et al., | ) |
| | ) |
|     Plaintiffs | ) |
| | ) Civil Action No.: <u>1:98-CV-1133-GET</u> |
| v. | ) |
| | ) |
| James K. Carsten, et al., | ) |
| | ) |
|     Defendants, | ) |

**<u>SATISFACTION OF JUDGMENT</u>**

COME NOW, James Carsten, R. L. Conway, Wendell Peevy, Warren Davis, Ernest Bennett, Valeria Elbaz, Patricia Holman, Joseph C. Iannazzone, Emily Powell, Gene Reeves, Kenneth Sissel, Robert Waller, John Williams, James C. Williford, Mark A. Lewis, David Lewen, George Scott, Wayne Hill, Kevin Kenerly, Judy Waters, Michael Barkhurst, Howard Cook, Thomas Hughes, Patricia Muise, Cheryl Morrisette, and Deputy Sheriff Renfroe, Defendants and Judgment Creditors in the above-styled action, and hereby state that the amount set forth in the judgment of this case, $680.75, as recorded on the General Execution Docket of Gwinnett County, Georgia, Book No. 1055, Page No. 096, has been paid, in full, to the satisfaction of the Judgment Creditors. The Clerk of Court is hereby

authorized and directed to mark the docket of this case as "**Satisfied and Paid in full.**"

Submitted this <u>5th</u> day of <u>May</u>, 2009.

<u>**s/ Melinda K. Wells**</u>
Deputy County Attorney
Georgia Bar No. 747825

Attorney for Judgment Creditors

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, GA  30045-6900
(770) 822-8700
melinda.wells@gwinnettcounty.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Larry Bolin, et al., | ) |
| Plaintiffs | ) ) ) |
| | ) Civil Action No.: <u>1:98-CV-1133-GET</u> |
| v. | ) ) |
| James K. Carsten, et al., | ) ) |
| Defendants, | ) |

### CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically filed the forgoing **SATISFACTION OF JUDGMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Richard A. Carothers, Esq.          Dennis Robert Dunn, Esq.
Carothers & Mitchell, LLC           Office of the State Attorney General
278 West Main Street                40 Capitol Square, SW
Buford, GA 30518                    Atlanta, GA  30334-1300

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Steven D. Barnhart, Esq.
Steven D. Barnhart, P. C.
1401 Peachtree Street, Suite 500
Atlanta, GA  30309

This <u>5th</u> day of <u>May</u>, 2009.

**<u>s/Melinda K. Wells</u>**
Deputy County Attorney
Georgia Bar No. 747825

Attorney for Judgment Creditors

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30045
(770) 822-8700
Email: melinda.wells@gwinnettcounty.com